# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICKY D. BROWN

NO. 2019 KW 0829

SEP 3 0 2019

---

In Re: Ricky D. Brown, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 587,251.

---

BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT